UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Melinda K. Poignee, | ) | Case No. 20-42938-399 |
| | ) | Chapter 13 |
|   Debtor. | ) | |
| | ) | |
| Integrity Title Company, LLC, | ) | |
| d/b/a All County Title Company, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 20-04067-399 |
| | ) | |
| Melinda K. Poignee, | ) | |
| | ) | |
|   Defendant. | ) | |
| _____ | ) | |
| In re | ) | |
| | ) | |
| Michael J. Poignee, | ) | Case No. 20-43083-399 |
| | ) | Chapter 13 |
|   Debtor. | ) | |
| | ) | |
| Integrity Title Company, LLC, | ) | |
| d/b/a All County Title Company, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 20-04069-399 |
| | ) | |
| Michael J. Poignee, | ) | |
| | ) | |
|   Defendant. | ) | |

**ORDER GRANTING MOTION TO AMEND AND SUPPLEMENT PLEADINGS**

  On February 18, 20201, Defendants Melinda K. Poignee and Michael J. Poignee filed their Motion to Amend and Supplement Pleadings (Motion), seeking to file a counterclaim pursuant to 11 U.S.C. § 523(d). Upon careful consideration, it is hereby

1

**ORDERED** that the Motion is **GRANTED** in that the Defendants may file their counterclaim no later than **February 25, 2021**.

DATED: February 19, 2021
St. Louis, Missouri
cke

Barry S. Schermer
United States Bankruptcy Judge

Copies to:

Scott A. Greenberg
Sandberg Phoenix & von Gontard
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313

Zachary Merkle
Sandberg Phoenix & von Gontard
600 Washington Ave.
15th Floor
St. Louis, MO 63101

Bryan T. Voss
Jack Justin Adams
Adams Law Office
1 Mid Rivers Mall Dr, Ste #200
St. Peters, MO 63376

Michael J. Poignee
23 Ellis Ave
Troy, MO 63379

Melinda K. Poignee
23 Ellis Ave
Troy, MO 63379

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102